IN THE SUPREME COURT OF THE STATE OF NEVADA

ORENTHAL JAMES SIMPSON,
                    Appellant,
           vs.
PAUL DORSEY,
                    Respondent.

No. 83199

FILED

MAR 25 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Chief Judge, Eighth Judicial District Court
        Eighth Judicial District Court, Department 11
        Lansford W. Levitt, Settlement Judge
        Malcolm P LaVergne & Associates
        Sklar Williams LLP
        Mincin Law, PLLC
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-09384